HOLLAND & KNIGHT LLP
Matthew P. Vafidis [California Bar No. 103578]
Tianjing Zhang [California Bar No. 256759]
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: matthew.vafidis@hklaw.com
tianjing.zhang@hklaw.com

Attorneys for Plaintiff
IKARIA MARITIME CORPORATION

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

**IKARIA MARITIME CORPORATION,**

Plaintiff,

vs.

**COMPANIA CHILENA DE NAVEGACION INTEROCEANICA,** also known as **CCNI,**

Defendant.

Case No. C 10-03600 EMC (ADR)

**IN ADMIRALTY**

**STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE** ; ORDER

Rule 41(a)(1)(A)(ii), Federal Rules

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules, Plaintiff Ikaria Maritime Corporation hereby files this dismissal of the action without prejudice. This dismissal without prejudice is filed by way of stipulation of all parties who have appeared in the action.

Pursuant to the said Rule, no Court Order is required for this dismissal to be effective.

//

//

//

//

SO STIPULATED.

Dated: August 25, 2010

HOLLAND & KNIGHT LLP

Matthew P. Vafidis,
Attorneys for Plaintiff
IKARIA MARITIME CORPORATION

Dated: August 26, 2010

EMARD, DANOFF, PORT, TAMULSKI & PAETZOLD LLP

Eric Danoff,
Attorneys for Defendant
COMPANIA CHILENA DE NAVEGACION INTEROCEANICA

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen

Edward M. Chen
U.S. Magistrate Judge

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910